UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SCHWAN'S COMPANY and<br>SCHWAN'S SHARED SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>RONGXUAN CAI and CONAGRA<br>BRANDS, INC.,<br><br>Defendants. | Case No. 20-cv-2157 (JRT/DTS) |

**CONAGRA'S MOTION TO BAR AND EXCLUDE<br>OPINIONS AND TESTIMONY OF SEAN LANTERMAN**

Defendant Conagra Brands, Inc., by and through undersigned counsel, hereby moves the Court, pursuant to Rule 702 of the Federal Rules of Evidence, for an order barring and excluding Sean Lanterman's opinions that Schwans "took reasonable steps" to maintain the confidentiality of its files and documents. This Motion is supported by a Memorandum of Law filed in compliance with Local Rule 7.1, the papers and records on file herein, and on such information and evidence as may be presented at any hearing on this Motion.

| | |
|---|---|
| Dated: February 24, 2026 | Respectfully submitted, |
| | CONAGRA BRANDS, INC. |
| | By: <u>Daniel I. Konieczny</u><br>    One of Its Attorneys |

| | |
|---|---|
| S. Jamal Faleel MN Bar #0320626 | Christopher D. Liguori (admitted pro hac) |
| Emily A. Ambrose MN Bar #0391439 | Daniel I. Konieczny (admitted pro hac) |
| Eugene Hummel MN Bar # 0398239 | Kyle A. Cooper (admitted pro hac) |
| NORTON ROSE FULBRIGHT US LLP | Ryan C. Muhlstock (pro hac pending) |
| 60 South Sixth Street | TABET DIVITO & ROTHSTEIN LLC |
| Suite 3100 | 209 S. LaSalle Street, 7th Floor |
| Minneapolis, MN 55402 | Chicago, IL 60604 |
| Ph: (612)-321-3271 | Ph: (312) 762-9450 |
| Fax: (612) 321 2288 | Fax: (312) 762-9451 |
| jamal.faleel@nortonrosefulbright.com | cliguori@tdrlaw.com |
| emily.ambrose@nortonrosefulbright.com | dkonieczny@tdrlaw.com |
| gene.hummel@nortonrosefulbright.com | kcooper@tdrlaw.com |
| | rmuhlstock@tdrlaw.com |