# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SCHWAN'S COMPANY and<br>SCHWAN'S SHARED SERVICES, LLC,<br><br>Plaintiffs,<br>v.<br><br>RONGXUAN CAI and CONAGRA<br>BRANDS, INC.,<br><br>Defendants. | Case No. 20-cv-2157 (JRT/DTS) |

## STATEMENT INSTEAD OF REDACTED DOCUMENTS

I certify that Defendant Conagra Brands, Inc. ("Conagra") is filing under seal Exhibits 1 through 6 to the Declaration of Daniel I. Konieczny In Support of Conagra's Motion to Bar and Exclude Opinions and Testimony of Mark Pedigo. These documents contain proprietary and sensitive business information, the redaction of which is impracticable. The exhibits filed under seal, except for Exhibit 6, have also been marked "Attorney's Eyes Only" subject to the protective order governing these proceedings (ECF No. 40) and are confidential in their entirety.

Dated: February 24, 2025         Respectfully submitted,

By: <u>Eugene Hummel</u>

Eugene Hummel MN Bar # 0398239
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street
Suite 3100
Minneapolis, MN 55402
Ph: (612) 321-2281
gene.hummel@nortonrosefulbright.com

***Attorney for Defendant Conagra Brands, Inc.***